GF PRINCETON, LLC, PLAINTIFF–RESPONDENT, v. EWING TOWNSHIP PLANNING BOARD, AMERICAN PROPERTIES AT SCOTCH ROAD, DEFENDANTS, AND HERRING LAND GROUP, LLC, DEFENDANT–APPELLANT.

March 24, 2010.

The matter having been duly considered and the Court having determined that certification was improvidently granted; It is ORDERED that the within appeal be and hereby is dismissed.

989 A.2d 1263

GF PRINCETON, LLC, PLAINTIFF–RESPONDENT, v. EWING TOWNSHIP PLANNING BOARD, DEFENDANT–APPELLANT, AND HERRING LAND GROUP, LLC, ET AL., DEFENDANTS.

March 24, 2010.

The matter having been duly considered and the Court having determined that certification was improvidently granted; It is ORDERED that the within appeal be and hereby is dismissed.